UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

v.                                 Case No. 8:14-cv-1621-T-33TGW

AJ 3860, LLC d/b/a THE EXECUTIVE
GENTLEMEN'S CLUB and SOUTHEAST
SHOWCLUBS, LLC,

        Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon consideration of the EEOC'S Motion for Entry of Final Default Judgment. (D.E. # 46). This Court, having previously entered clerk's defaults against Defendants AJ 3860, LLC d/b/a "The Executive Gentlemen's Club" and Southeast Showclubs, LLC on May 20, 2015 (D.E. # 37) and July 20, 2015 (D.E. # 42), respectively, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and, being fully advised in the premises, having carefully reviewed the record and considered the evidence presented in connection with Plaintiff EEOC's Motion, grants the Motion and enters a final default judgment against Defendants and in favor of EEOC.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED** as follows:

**Monetary Relief**

1. Quatavia Harden is awarded a total of $235,071.02. This total award amount is the sum of $160,398.40 in back-pay, $9,126.47 in interest, $15,546.15 in tax penalty off set,

$25,000 in compensatory, non-economic damages, and $25,000 in punitive damages.

2. Patrick Franke is awarded a total of $129,953.00. This total amount is the sum of $73,513.00 in back-pay, $5,313.00 in interest, $1,127.45 in tax penalty off set, $10,000 in compensatory damages, and $40,000 in punitive damages.

3. The aforementioned amounts shall bear interest at the rate prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by Rule 69(a) of the Federal Rules of Civil Procedure, for which let execution issue.

In addition to monetary relief, the Court finds that the following injunctive relief is warranted based on the admitted facts of record. Therefore, **IT IS FURTHER ORDERED, ADJUDGED,** and **DECREED** that the following injunctive relief be and is hereby **IMPOSED:**

**Permanent Injunction**

1. AJ 3860, LLC and South East Showclubs, and all of its owners, officers, managers, employees, agents, partners, successors, and assigns, are enjoined from using race and/or color to discriminate in their hiring practices against applicants and/or current employees.

2. AJ 3860, LLC and South East Showclubs, and all of its owners, officers, managers, employees, agents, partners, successors, and assigns, are enjoined from engaging in any form of retaliation against current or former employees who oppose or object to any employment practice made unlawful under Title VII, including those who file a Charge of Discrimination, testify or participate in any manner in any investigation, proceeding, or hearing under Title VII, or assert any rights under this Decree.

**Specific Injunctive Relief**

1. The duration of the obligations set forth in the section shall be five (5) years from the date of entry of this Judgment. Said period shall constitute the "compliance period."

2. In addition to any rights EEOC has to enforce this Judgment, EEOC shall have the right to seek Court intervention to enforce the provisions of his section, up to and including three months after the end of the compliance period.

3. In the event EEOC proves that AJ 3860, LLC and/or South East Showclubs has failed to comply with any provision of this section, AJ 3860, LLC and/or South East Showclubs shall pay EEOC for all reasonable costs incurred in the proof of such violation(s). The Court may also award such other relief as it deems appropriate in the circumstances.

A. Adoption and Distribution of a Non-Discrimination, No Retaliation Policy

   1. AJ 3860, LLC and South East Showclubs shall create and disseminate a written policy prohibiting discrimination based on race and/or color and retaliation.

   2. AJ 3860, LLC and South East Showclubs will not retaliate against employees who make complaints, or provide information related to such complaints pursuant to the non-discrimination, no retaliation policy.

   3. AJ 3860, LLC and South East Showclubs will take immediate and appropriate action to stop discrimination and/or retaliation and prevent it from recurring.

   4. AJ 3860, LLC and South East Showclubs shall provide EEOC with a copy of the policy within sixty (60) calendar days of this Judgment. Thereafter, within ninety (90) days, a copy shall be provided to all applicants and employees and

       be placed in a central location at all clubs and/or facilities under the South East Showclubs' umbrella and in all employee manuals or handbooks maintained by AJ 3860 and/or South East Showclubs.

B. <u>Notice</u>

    1. Within fourteen (14) calendar days from the Court's entry of Final Default Judgment, AJ 3860, LLC. and South East Showclubs shall post an eleven (11) inches by fourteen (14) inches laminated copy of the Notice attached as Exhibit A to this Decree at all of South East Showclubs' facilities in a conspicuous location, easily accessible to and commonly frequented by its employees *(i.e.* employee bulletin board or lunch room).

    2. The Notice shall remain posted for five (5) years.  AJ 3860, LLC. and/or South East Showclubs shall take all reasonable steps to ensure that the posting is not altered, defaced or covered by any other material.

    3. Within thirty (30) calendar days from the Court's entry of Default Judgment, AJ 3860, LLC and/or South East Showclubs shall certify to EEOC in writing that the Notice has been properly posted as described in this paragraph.

    4.  This Judgment of Injunctive Relief is binding upon AJ 3860, LLC and/or South East Showclubs, and purchasers, successors, and assigns. Before executing an agreement to sell, assign, consolidate, or merge with another company, AJ 3860, LLC and/or South East Showclubs must provide the entity entering into such agreement with a copy of this Judgment.

C. <u>Quarterly Reporting</u>

1. Within thirty (30) calendar days from the Court's entry of Final Judgment, AJ 3860, LLC. and South East Showclubs shall provide to EEOC a workforce roster which identifies each member of its workforce, in each club and/or facility operated by AJ 3860, LLC and/or South East Showclubs, by the following: (a) name; (b) race; (c) color; (d) position; (e) date of hire; and (f) date of separation, if separation occurred within the three month period preceding the entry of this Judgment.

2. AJ 3860, LLC and South East Showclubs shall immediately adopt and maintain for the duration of the compliance period an applicant tracking system which shall contain, for each person hired at any club and/or facility operated by AJ 3860, LLC and/or South East Showclubs and for any other person who submits a resume, application, or expression of interest in a job at any club and/or facility operated by AJ 3860, LLC and/or South East Showclubs, or who was otherwise considered by any club and/or facility operated by AJ 3860, LLC and/or South East Showclubs to be an applicant for employment, at least the following data: (a) name; (b) position sought; (c) source of application or inquiry; (d) race; (e) color; (f) whether the applicant was hired or not; (g) if not hired, the reason for not hiring the applicant.

3. AJ 3860, LLC. and/or South East Showclubs shall conduct a quarterly review of its applicant flow and prepare a written report. At a minimum, such review shall be based on an analysis of data gathered pursuant to this Judgment, feedback regarding the hiring decisions from its personnel, as well as any

    complaints, reports or allegations of discrimination or non-compliance with this Judgment. The quarterly review report shall include, *inter alia*: quarterly statistics, *e.g.*, number of applicants, number hired, number discharged and number employed at quarter end, broken down by: (i) position and race, and (ii) the names of the employees who participated in the hiring decisions broken down, if applicable, by the positions for which such employees participated in the selection process.

4. Within fifteen (15) days after the completion of each Quarterly Review Report, AJ 3860, LLC. and/or South East Showclubs shall provide to the EEOC: (a) a copy of the Quarterly Review Report; and (b) a copy of its applicant tracking system reflecting data for the quarter covered by such report. In addition, within thirty (30) days after the last day of the compliance period, AJ 3860, LLC. and/or South East Showclubs shall submit the Quarterly Review Report and copy of the applicant tracking system data for the final quarterly period of the compliance period.

5. Upon review of the Quarterly Review Report and applicant tracking system data, EEOC may, upon thirty (30) days' prior written notice to AJ 3860, LLC. and/or South East Showclubs conduct a study of AJ 3860, LLC. and/or South East Showclubs' hiring practices to determine the reasons for failure to hire qualified Black or African American applicants.

6. AJ 3860, LLC. and/or South East Showclubs shall retain all documents or data made or kept required by this Judgment.

The Clerk is **DIRECTED** to enter judgment, terminate any pending motions, and **CLOSE** this Case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida on August 10th 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

cc:
AJ 3860, LLC
c/o Registered Agent, Michael Tomkovich
5718 East Adamo Dr.
Tampa, Florida 33619

Southeast Showclubs, LLC,
c/o Registered Agent, Michael Tomkovich
320 General Doolittle Dr.
Jacksonville, Florida 32225.